ACCEPTED
03-15-00251-CV
7982915
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 9:47:58 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00251-CV

IN THE COURT OF APPEALS

FOR THE THIRD DISTRICT OF TEXAS

AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 9:47:58 PM
JEFFREY D. KYLE
Clerk

——————————————————————————————

FEMI S. ONABAJO AND CHRISTY ALFRED ONABAJO,

*Appellant*

v.

HOUSEHOLD FINANCE CORP. III,

*Appellee*

————————————————————————

FROM THE COUNTY COURT AT LAW NUMBER TWO OF TRAVIS
COUNTY, TEXAS
Trial Court Cause No. C-1-CV-14-010888

_____

**APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

_____

Penny Y. Haye
Texas Bar No. 24030363
Law Office of Penny Haye
7703 North Lamar Blvd Suite 400
Austin, Texas 78752
Telephone: (512) 677-4293
Facsimile: (512) 777-4535
Penny_haye@sbcglobal.net

ATTORNEY FOR APPELLANTS

TO THE HONORABLE JUDGE OF SAID COURT:

APPELLANTS FEMI S. ONABAJO AND CHRISTY ALFRED ONABAJO ask the Court to extend the time to file their brief.

## A. Introduction

1. Appellants are FEMI S. ONABAJO AND CHRISTY ALFRED ONABAJO ("Appellant"); Appellee is HOUSEHOLD FINANCE CORP. III ("Household").

2. The deadline to file Appellant's Brief is November 23, 2015.

3. Appellant requests a two day extension of time to file Appellant's Brief. Due to holiday air travel delays, Appellant filed their brief on November 24, 2015.

4. There is no specific deadline to file this motion to extend time. *See* Tex. R. App. P. 38.6(d).

5. Rule 10.5(b) authorizes Appellant to request an extension of time to file Appellant's Brief and the Court has authority to extend the time to file the Appellant's Brief under Tex. R. App. P. 38.6(d).

6. The length of the extension sought is two days.

7. All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

8. The undersigned, as attorney for Appellant, requests a two extension for

the deadline to file Appellant's Brief.

For these reasons, Appellant asks the Court to grant this motion and extend the time for filing its Appellant's Brief for 60 days.

Respectfully submitted,

By: */s/ Penny Y. Haye*
Penny Y. Haye
State Bar No. 24030363
Law Office of Penny Haye
7703 North Lamar Blvd Suite 340
Austin, Texas 78752
Telephone: (512) 677-4293
Facsimile: (512) 777-4535
Penny_haye@sbcglobal.net
ATTORNEY FOR APPELLANTS

## Certificate Of Conference

I certify that I attempted to confer with counsel for Appellee regarding this motion but was unsuccessful.

By: */s/ Penny Y. Haye*
Penny Y. Haye

## Certificate Of Service

By my signature above, I hereby certify that on this the 24rd day of November 2015, a true and correct copy of the foregoing Appellant's Motion for Extension of Time to File Brief was served upon counsel of record for Appellee via this Court's online filing system to the following:

Sarah Robbins
Hughs, Watters & Askanase, L.L.P.
Three Water Center, 333 Clay, 29th floor
Houston, Texas 77002